UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:08-CR-152-T-27MAP

LUIS AGUSTIN CAICEDO-VELANDIA
_____/

### ORDER

**BEFORE THE COURT** is the Motion by the United States for Reduction of Defendant's Sentence, pursuant to Rule 35(b) (Dkt. 70) and Defendant's Response (Dkt. 71). Upon consideration,

1. The Motion by the United States for Reduction of Defendant's Sentence, pursuant to Rule 35(b) is **GRANTED**. Defendant is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **TIME SERVED**.[1] The term of supervised release previously imposed shall remain the same.

2. The Clerk deliver two certified copies of this Order to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE AND ORDERED** at Tampa, Florida this 11th day of June, 2015.

JAMES D. WHITTEMORE
United States District Judge

Copies:
U.S. Attorney's Office
Defense Counsel
U.S. Marshal
U.S. Probation
Bureau of Prisons

---

[1] Defendant was originally sentenced to 120 months imprisonment. The Government's Rule 35 motion requests a five level departure. Calculating from an Offense Level 30 (97-121 months), departing five levels results in a base offense level of 25 (57-71 months). Defendant has served approximately sixty months of his sentence (See Dkt. 71), therefore a sentence of time served is appropriate.